# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OASIS MEDICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOCIA, INC., et al., <br><br> Defendants. | Case No.: CV 21-8879-DMG (AGRx) <br><br> **PRELIMINARY INJUNCTION** |

Pursuant to the Court's Order granting Plaintiff Oasis Medical, Inc.'s Motion for Preliminary Injunction, issued on January 10, 2022 [Doc. # 77], the Court ORDERS that the following Preliminary Injunction shall go into effect upon service on Defendants:

Defendants I-Med Pharma, Inc., I-Med Pharma USA, Inc., and Ilan Hofmann are hereby preliminarily enjoined through the trial of this matter from making, using, advertising, selling, importing, or distributing in the United States, without providing Oasis the rights of first and last refusal, the following products:

1. The eye drop formulations currently marketed as I-DROP artificial tears and I-DROP PUR artificial tears, and

2. The eye drop formulation currently marketed as I-DROP MGD premium, preservative free, viscoadaptive eye drops for Evaporative Dry Eye. For the sake of clarity, this refers to the MGD product currently offered for sale by I-Med Pharma, Inc. in Canada.

**IT IS SO ORDERED.**

DATED: January 10, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE