Mark D. Kachner (SBN 234,192)
mark.kachner@knobbe.com
Ben K. Shiroma (SBN 329,415)
ben.shiroma@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Ste. 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Facsimile: (310) 551-3458

Lauren Keller Katzenellenbogen (SBN 223,370)
lauren.keller@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Nicholas A. Belair (SBN 295,380)
nick.belair@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
333 Bush St., 21st Floor
San Francisco CA 94104
Phone: (415) 954-4114
Facsimile: (415) 954-4111

Attorneys for Oasis Medical, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OASIS MEDICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOCIA INC., I-MED PHARMA USA INC., I-MED PHARMA INC., AND ILAN HOFMANN, an individual <br><br> Defendant. | 2:21-cv-08879 SPG (AGRx) <br><br> Hon. Sherilyn Peace Garnett <br><br> **OASIS MEDICAL'S NOTICE OF MOTION TO AMEND CASE SCHEDULE CONSISTENT WITH THE PARTIES' AGREEMENT** <br><br> Date: January 31, 2024 <br> Time: 1:30 p.m. <br> Location: Ctrm. 5C |

TO THE COURT AND TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS FO RECORD:

PLEASE TAKE NOTICE THAT, on January 31, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5C of the United States District Court for the Central District of California, Western Division, located at 350 West 1st Street, Los Angeles, California 90012, before the Honorable Sherilyn Peace Garnett, Plaintiff Oasis Medical, Inc. ("Oasis") will, and hereby does, move the Court for entry of an Order amending the case schedule.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Mark D. Kachner (including the exhibits attached thereto), and the [Proposed] Order Granting the Motion, each of which is filed concurrently herewith; any Reply in support of the Motion and any papers filed therewith; the pleadings and other papers on file in the above-captioned action; any information of which the Court may take judicial notice; and any oral argument on the Motion.

Oasis makes this Motion following the conferences of counsel pursuant to Local Rule 7-3 which took place on November 10, 2023 and December 1, 2023.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 11, 2023   By: /s/ Mark D. Kachner
                               Mark D. Kachner
                               Lauren Keller Katzenellenbogen
                               Nicholas A. Belair
                               Ben K. Shiroma

                               Attorneys for Plaintiff Oasis Medical, Inc

58704163

- 1 -